United States District Court
Southern District of Texas
**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| KARINA RAMIREZ VERA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00331 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner, Karina Ramirez Vera, a Mexican national, is detained in the custody of United States Immigration and Customs Enforcement ("ICE"). Respondents notified the Court on October 9, 2026, of their intention to remove Petitioner from the United States after the expiration of five days from October 9, 2026. (Dkt. 15). Petitioner has filed an emergency motion for a temporary restraining order. (Dkt. 16).

Petitioner has invoked the Court's jurisdiction under 28 U.S.C. § 2241. "A federal court has the power under the All Writs Act to issue injunctive orders in a case even before the court's jurisdiction has been established. When potential jurisdiction exists, a federal court may issue status quo orders to ensure that once its jurisdiction is shown to exist, the court will be in a position to exercise it." *J.A.V. v. Trump*, 780 F. Supp. 3d 705, 707 (S.D. Tex. 2025) (quoting *ITT Cmty. Dev. Corp. v. Barton*, 569 F.2d 1351, 1359 n.19 (5th Cir. 1978)) (cleaned up).

To preserve the jurisdiction of the Court, and to allow proper consideration of Petitioner's filing and any response from Respondents, the Court **ORDERS** that Respondents are stayed from removing or transferring Petitioner from the Southern District of Texas until **14 days** from the date of this order.

Any response from Respondents to Petitioner's motion for emergency relief must be filed on or before Friday, October 16, 2026. Petitioner may reply on or before Tuesday, October 20, 2026.

**ORDERED** this 13th day of October, 2026.

Nelva Gonzales Ramos

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE